# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

**DONALD REYNOLDS,**

       **Petitioner,**

**v.**

                                  **Case No. 5:20-cv-00729**

**D.L. YOUNG, Warden,**
**FCI Beckley,**

       **Respondent.**

### <u>ORDER AND NOTICE</u>

Petitioner, Donald Reynolds ("Petitioner"), an inmate at the Federal Correctional Institution at Beckley in Beaver, West Virginia, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1). However, a preliminary review of the petition indicates that the petition and additional documents filed by Petitioner concern the alleged withholding of his mail and retaliation for his filing of grievances, which are claims concerning his conditions of confinement, not challenges to the fact or duration of his confinement. Accordingly, his claims are properly brought in a Complaint filed pursuant to *Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 24 L. Ed.2d 619 (1971), and do not provide the basis for a writ of habeas corpus.

The Clerk is directed to open a new civil action to address Petitioner's civil rights claims under *Bivens*. The Clerk shall use the petition document (ECF No. 1) as the initiating document in the new civil action and shall also docket the documents in ECF

Nos. 5 and 7 therein.   Pursuant to the applicable Standing Order, the Clerk shall assign the new civil action to appropriate judicial officers, who may order additional action as necessary.   By separate document titled "Proposed Findings and Recommendation," the undersigned will recommend the dismissal of this habeas corpus petition.

The Clerk is directed to mail a copy of this Order to Petitioner.

ENTER:      November 17, 2020

Dwane L. Tinsley
United States Magistrate Judge

2