UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF WEST
VIRGINIA

DONALD REYNOLDS,
PETITIONER

v.

D.L. YOUNG,
WARDEN

* EMERGENCY 28 USC § 2241
5:20-cv-00753   ~~5:20-cv-00729~~

FILED

Nov 17 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

28 U.S.C. § 2241
Petition For Habeas Corpus Relief
Including Declaratory And Injunctive
Relief

Now Comes, Donald Reynolds, pro se, in the above matter, requesting this Court Issue declaratory and injunctive relief, As he will demonstrate that he is subject to IRREPARABLE harm if this injunction is not granted expeditiously.

Reynolds sought to mail out a manuscript on 11/3/20 under BOP's Program Statement 5350.27, which "encourages inmates to use their leisure time for creative writing And to permit the direct mailing of All manuscripts, whether fiction or non-fiction for publication..."

Page 1 of 6

However, Reynolds Received a Rejection slip, and his manuscript back. See Exhibit #1".

Prior to this, 3 week before, Reynolds filed a complaint Regarding the mail room's withholding mail in violation of 18 USC 1708, which makes it a criminal act to "Abstract, steal, Remove, or withhold any parcel of mail."

Reynolds was called to the mail room, where he was threatend, called a "Motherf*cker", and told to "Get the bleep out!" In the heat of this exchange in front of officer Banton, Reynolds was told, "If you continue filing grievances, I'll see to it that your mail never gets to you, and I'll make life miserable for you."

The next day Reynolds filed a "Sensitive" greavance with the office of Inspector General, citing the threat of Retaliation. As of yet, there's been no Reply. This parcel of mail was sent "Certified." Tracking #7018 1130 0001 8083 5510

Reynolds contends that the Rejection of his Attempt to mail out his manuscript is a direct form of Retaliation, as the Court will notice by the numbered exhibits herein. All Rejected, and withheld mail. See 18 USC § 1708.

2 of 6

(1) Reynolds has suffered a concrete, and particularized, actual and imminent injury to a legally protected interest. (His Reject Manuscript) Reynolds has a First and Fourteenth Amendment Right, that has been violated in Retaliation for filing grievances against Mailroom Crimes.

(2) Reynolds, although incarcerated, has a freedom of speech right. The 1st Amendment provides "Congress shall make no law... Abridging the freedom of speech." This Amendment guarantees the freedom of expression to individuals like Reynolds. The freedom of expression encompasses the publication and dissemination of written materials, such as Reynolds's manuscript.

SEE 28 C.F.R. § 540.10 and also, 28 C.F.R. § 551.82 "An inmate may mail a manuscript as general correspondence..."

As Reynolds has shown, in Retaliation for grieving, his First Amendment Constitutional Rights have been Woefully violated. His manuscript's mailing is time-Sensitive, which proves the imminent nature, of a "legally protected interest." SEE Jordan v. Pugh 504 F. Supp. 2d 1109 (2007)

The mail Room is unjustified in its deprivation of Reynolds' First Amendment Rights, and mailroom supervising staff agrees. SEE Exhibit #2

3 of 6

In June of 2020, (3) manuscripts were trashed by FCI Beckley's SIS. Reynolds filed a grievance, and staff officer J. Hendrick agreed the conduct of staff was in violation of the law 18 USC 1708 Tampering with the mail. Reynolds was assured the matter would not happen again. Both parties signed 6/15/20.

5 months later, mailroom staff has picked up the practice again, of violating federal criminal statues, and the Constitutional rights of prisoners like Reynolds. SEE Exhibit #2 Case Number 102423I-FI

Federal Rule of Civil Procedure 65 permits a court to grant a preliminary injunction if "the moving party demonstrates a likelihood of success in the litigation, and that he will suffer great or irreparable injury absent an injunction.

1. The mailroom's arbitrary rejection of Reynolds' manuscript is not reasonably related to any legitimate interests, aside from retaliation.

2. Sending out of Reynolds' manuscript does not affect the allocation of prison resources, other inmates, or the orderly

4 of 6

Administration of the prison system Any MORE than does the writings of other inmates.

In Mumia Abu-Jamal v. James Price, 154 f.3d 128 (3d Cir 1998), the Court Required prison Regulations, which Restrict An inmate's First Amendment Rights, "must operate in A neutral fashion, without Regard to the Content of the expression."

During the 10-months that Reynolds has been incarcerated At FCI Beckley, he has published 3 novels About life in poverty, And the black experience. Only now, After filing the grievance, has his First Amendment Rights been deprived, After informally Resolving the first matter.

The loss of First Amendment freedoms for even minimal periods of time, unquestionably Constitutes "irreparable injury." Elrod v. Burns, 427 U.S. 347 (1976) Timeliness of speech is Critical. See id. At n.29.

Reynolds's Right to Free speech has, And is being Violated, under A pretext of A business or profession Rule. See Exhibits # 3-9. These are pieces of U.S. Mail that has been unduly withheld from Reynolds in Violation of 18 USC 1708 (Tampering with the United States Mail)

5 of 6

Reynolds would Ask the Court to Order such mail Released, in its Declatory And Injunctive Relief order. To Allow BOP staff to Retaliate in the manners describe would not give Reynolds Equal protection of the laws.

For: All of the Reasons stated Above, under Oath, subject to the penalty of perjury, Reynolds Asks, And Prays this Court order Declatory And Injunctive Relief, As the Constitution Requires.

The fees for this motion have be sent off Reynolds's trust fund Account, And shall Arrive soon.

Sincerely Submitted

Federal Correctional Institution Beckley
P.O. Box 350
Beckley WV 25813

6 of 6

Exhibit #1

outgoing manuscript was
Reject   11/3/20

Rejected
per Legal/ SIS/
Warden

Exhibit #1

**U.S. DEPARTMENT OF JUSTICE**    EXHIBIT #2    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Reynolds, Donald M.    12695-021    A-Pop-Up    FCI Beckley
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** My complaint was that my mail has been stolen or tampered with, in violation of 18 USC 1708. This theft must be investigated as it NEVER ARRIVED to the Beaver post office, and was withheld by SIS. Tracking Numbers ① 7019-1120-0002-2671-0605 ② 7019-1120-0002-2671-0513 ③ 7019-1120-0002-2671-0612. Dept. of Justice misconduct of employees 3420.09 #32 prohibits, falsification, Concealment of material facts in Connection proceedings. (standard of employee Conduct) The theft or tampering of my U.S. mail Violates the standards of Conduct and this is my Report. SEE PAGE 2

6/2/20
DATE                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Informally resolved agreed on with Mr Reynolds.

RECEIVED
JUN 04 2020
Warden's Office
FCI Beckley

6-15-2020
J. Hedrick                Donald Reynolds

DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 1024231-F1

                        CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP-229(13)
DATE

SmartJailMail.com > FCI Beckley > Postal Mail

| Dashboard | **Search Mail** | Pre-Defined Reasons | Print Batches |

Support

Postal Mail Viewer: DONALD REYNOLDS

Inmates

Postal Mail (395)

Feedback

Change Password

Log Out

💬 **Support**

If there is an issue
this piece of mail,
please enter the iss
below and a ticket
be opened with
MailGuard support.

Open Support Ticke

✔️ **Review**

Postal Mail was las
on 11/03/2020 at
A. BANTON.

Force Back to Pend

🖨️ **Export
Status**

This postal
mail has not
been
exported
with a batch
yet.

3|4

Exhibit #3

| | |
|---|---|
| Reference #: | 2,204,576 |
| From: | CYNTHIA PHILLIPS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 10/24/2020 |
| Status: | Rejected |
| Link to File: | 982239C8-EB53-1D98-51E703E2BF0F600F.pdf |

🚩 **Quarantine**

This postal mail was previously quarantined and was **rejected**.

> Reason Stated: The Warden may reject correspondence sent by/to an inmate but is
> is not limited to, correspondence which contains any of the following: (4) Direction
> of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a
> pre-trial detainee, may not direct a business while confined.

SmartJailMail.com > FCI Beckley > Postal Mail

About      System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

SmartjailMail.com > FCI Beckley > Postal Mail

| Dashboard | **Search Mail**    Pre-Defined Reasons    Print Batches |
|---|---|
| Support | Postal Mail Viewer: DONALD REYNOLDS |

Inmates

Postal Mail (389)

Feedback

Change Password

Log Out

💬 **Support**

If there is an issue
this piece of mail,
please enter the iss
below and a ticket
be opened with
MailGuard support.

Open Support Ticke

*The number of UndELiVERED MAIl, withheld MAil.*

*Exhibit #4*

✔️ **Review**

Postal Mail was las
on 11/03/2020 at
D. Wiseman.

Force Back to Pend

🖨️ **Export Status**

This postal
mail has not
been
exported
with a batch
yet.

| Reference #: | 2,227,631 |
|---|---|
| From: | UNCAGED MINDS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 11/02/2020 |
| Status: | Rejected |
| Link to File: | 639BA473-9327-7915-677BD35A12975585.pdf |

🚩 **Quarantine**

This postal mail was previously quarantined and was **rejected**.

> Reason Stated: The Warden may reject correspondence sent by/to an inmate but is
> is not limited to, correspondence which contains any of the following: (4) Direction
> of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a
> pre-trial detainee, may not direct a business while confined.

About     System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

SmartJailMail.com > FCI Beckley > Postal Mail

| Dashboard | Search Mail | Pre-Defined Reasons | Print Batches |
| --- | --- | --- | --- |

Support

Inmates

Postal Mail (382)

Feedback

Change Password

Log Out

Postal Mail Viewer: DONALD REYNOLDS

This is An in coming
MANuSCRipt
Rejected for
" Rejection for direction
of An Inmates business "

Exhibit # 5

💬 **Support**

If there is an issue with this piece of mail, please enter the iss below and a ticket will be opened with MailGuard support.

Open Support Ticket

✔️ **Review**

Postal Mail was last on 11/03/2020 at by A. BANTON.

Force Back to Pend

🖨️ **Export Status**

This postal mail has not been exported with a batch yet.

| | |
| --- | --- |
| Reference #: | 2,218,016 |
| From: | UNCAGED MINDS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 10/29/2020 |
| Status: | Rejected |
| Link to File: | 93BDDE28-ED7E-9F40-EC972CF8CABD1521.pdf |

🚩 **Quarantine**

This postal mail was previously quarantined and was **rejected**.

> Reason Stated: The Warden may reject correspondence sent by/to an inmate but is is not limited to, correspondence which contains any of the following: (4) Direction of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a pre-trial detainee, may not direct a business while confined.

About

System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

Postal Mail

SmartjailMail.com > FCI Beckley > Postal Mail

| | | |
|---|---|---|
| Dashboard | Search Mail    Pre–Defined Reasons    Print Batches | |
| Support | Postal Mail Viewer: DONALD REYNOLDS | |
| Inmates | | |
| Postal Mail (383) | | |
| Feedback | | |
| Change Password | | |
| Log Out | | |

## Support

If there is an issue this piece of mail, please enter the iss below and a ticket be opened with MailGuard support.

Open Support Ticke

## ✔ Review

Postal Mail was las on 11/03/2020 at by A. BANTON.

Force Back to Pend

## Export Status

This postal mail has not been exported with a batch yet.

Exhibit # 6

| | |
|---|---|
| Reference #: | 2,215,392 |
| From: | CYNTHIA PHILLIPS |
| To: | DONALD REYNOLDS (12695–021) |
| Received: | 10/28/2020 |
| Status: | Rejected |
| Link to File: | 6351C135–A4F6–75CF–17DCBD9BC740FD49.pdf |

### 🏳 Quarantine

This postal mail was previously quarantined and was **rejected**.

Reason Stated: The Warden may reject correspondence sent by/to an inmate but is is not limited to, correspondence which contains any of the following: (4) Direction of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a pre–trial detainee, may not direct a business while confined.

System design and software is Copyright 2009–2020 by Smart Communications US, Inc.

About

SmartJailMail.com > FCI Beckley > Postal Mail

Dashboard

Support

Inmates

Postal Mail (390)

Feedback

Change Password

Log Out

Search Mail    Pre-Defined Reasons    Print Batches

Postal Mail Viewer: DONALD REYNOLDS

**Support**

If there is an issue
this piece of mail,
please enter the iss
below and a ticket
be opened with
MailGuard support.

Open Support Ticke

✔ **Review**

Postal Mail was las
on 11/03/2020 at
A. BANTON.

Force Back to Pend

🖨 **Export**
**Status**

This postal
mail has not
been
exported
with a batch
yet.

Exhibit # 7

| | |
|---|---|
| Reference #: | 2,214,881 |
| From: | UNCAGED MINDS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 10/28/2020 |
| Status: | Rejected |
| Link to File: | 5ED0E267-0DA8-3CF4-B1BFF362ED81F522.pdf |

🏴 **Quarantine**

This postal mail was previously quarantined and was **rejected**.

Reason Stated: The Warden may reject correspondence sent by/to an inmate but is
is not limited to, correspondence which contains any of the following: (4) Direction
of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a
pre-trial detainee, may not direct a business while confined.

About

System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

Postal Mail

SmartjailMail.com > FCI Beckley > Postal Mail

Dashboard

Support

Inmates

Postal Mail (391)

Feedback

Change Password

Log Out

**Search Mail**    Pre-Defined Reasons    Print Batches

Postal Mail Viewer: DONALD REYNOLDS

💬 **Support**

If there is an issue
this piece of mail,
please enter the iss
below and a ticket
be opened with
MailGuard support.

Open Support Ticke

✔️ **Review**

Postal Mail was las
on 11/03/2020 at
A. BANTON.

Force Back to Pend

🖨 **Export
Status**

This postal
mail has not
been
exported
with a batch
yet.

EXhibit # 8

| | |
|---|---|
| Reference #: | 2,207,844 |
| From: | UNCAGED MINDS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 10/26/2020 |
| Status: | Rejected |
| Link to File: | FA39765F-A189-0185-D670863811AE8242.pdf |

🚩 **Quarantine**

This postal mail was previously quarantined and was **rejected**.

Reason Stated: The Warden may reject correspondence sent by/to an inmate but is
is not limited to, correspondence which contains any of the following: (4) Direction
of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a
pre-trial detainee, may not direct a business while confined.

System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

About

Postal Mail

SmartJailMail.com > FCI Beckley > Postal Mail

| Dashboard | Search Mail | Pre-Defined Reasons | Print Batches |
| --- | --- | --- | --- |

Support

Postal Mail Viewer: DONALD REYNOLDS

Inmates

Postal Mail (393)

Feedback

Change Password

Log Out

THE Amount of mail that has been Withheld

Exhibit # 9

**💬 Support**

If there is an issue this piece of mail, please enter the iss below and a ticket be opened with MailGuard support.

Open Support Ticke

**✔ Review**

Postal Mail was las on 11/03/2020 at A. BANTON.

Force Back to Pend

**🖨 Export Status**

This postal mail has not been exported with a batch yet.

| | |
| --- | --- |
| Reference #: | 2,207,811 |
| From: | UNCAGED MINDS ● |
| To: | DONALD REYNOLDS (12695-021) ● |
| Received: | 10/26/2020 |
| Status: | Rejected |
| Link to File: | F9441395-9BB7-6DED-116128F14712530D.pdf |

**🚩 Quarantine**

This postal mail was previously quarantined and was **rejected**.

Reason Stated: The Warden may reject correspondence sent by/to an inmate but is is not limited to, correspondence which contains any of the following: (4) Direction of an inmate's business (See 541.13, Prohibited Act No. 408). An inmate unless a pre-trial detainee, may not direct a business while confined.

About

System design and software is Copyright 2009-2020 by Smart Communications US, Inc.

Exhibit #10

This MAiL WAS Sent to Reynolds OVER A month Ago, And NEVER given to him, Although the tracking Reflects I has Arrived. When Reynolds questions MAiL Room Staff, he's threatened With the Prospect of Retaliation. This Violates MAiL Tampering laws. 18 USC 1708

Case 5:20-cv-00753   Document 2   Filed 11/17/20   Page 17 of 17 PageID #: 19

Donald Reynolds 12695-021
Federal Correctional Institution-Beckley
P.O. Box 350
Beckley, WV 25813

CERTIFIED MAIL

7018 1130 0001 8083 5756

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
NOV 04, 20
AMOUNT
$0.00
1000    25801    R2305K141865-02




LEGAL
MAIL

United States Clerk of Court
110 N. Heber St. Room #119
Beckley, WV 25801