

FILED

NOV 30 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Donald Reynolds

12695-021

*(Enter above the full name of the plaintiff
or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO. 5:20-CV-00753
*(Number to be assigned by Court)*

D.L. Young, Warden
Manning, SIS officers
Sweeny, SIS officers
Wiseman, Baxton, Ansley

*(Enter above the full name of the defendant
or defendants in this action)*

Defendant(s).

## COMPLAINT

### I.    Parties

A.    Name of Plaintiff:    Donald Reynolds

Inmate No.:    12695-021

Address:    P.O. Box 350
BEAVER, WV 25813

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:    _____

Inmate No.:    _____

Address:    _____

_____

Name of Plaintiff:    _____

Inmate No.:    _____

Address:    _____

C.    Name of Defendant:    ① WISEMAN  ② Banton    ③ Ansley

Position:    MAILROOM officeRS

Place of Employment:    FCI Beckley

_____

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:    D.L. Young

Position:    WArden

Place of Employment:    FCI Beckley

_____

Name of Defendant:    ① Manning    ② Sweeny

Position:    SIS officeRS

Place of Employment:    FCI Beckley

_____

2

II.    **Place of Present Confinement**

Name of Prison/Institution:    FCI BECKLEY

A.    Is this where the events concerning your complaint took place?

Yes X        No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes X        No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes X        No X

If you answered "no," explain why not: I WAS threatend And ORderED to not USE the AdministRATIVE GRIEVANCE SysTEM, OR FACE ConSEQVENCES...

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): STAFF AgrEED SIS's Conduct WAS Unlawful And Agreed It Would End. It did, then began AgAin, AFter I filed A complAint.

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____        No X

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Back in May of 2020, SIS Officers Manning And Sweeny, destroyed, withheld (3) Manuscripts I had written. The Manuscripts were stamped, And Certified in An Envelope(s). In Response, I filed A Grievance. The Writings were Originals, And forever gone. Mail Room Supervior Hendricks Apologized, And Agreed the Actions of Sweeny And Manning were unlawful in violation of the Constitution, And gave his word it would not happen Again. (See Exhibits) This harm was Irreparable

4

Continued from Page 4
Statement of Claim...

In October, there was a few pieces of incoming mail that I did not receive, although the mail was sent "Certified," and was tracked. (delivered to the institution)

I wrote a grievance about the missing mail, (October 2020) and was called to the mailroom. There, in the mailroom I was met with Mr. Wiseman, and Mr. Banton. Mr. Banton was rather cordial; he explained the delay in the mail. While Mr. Wiseman; he turned Red, and called me a few curse words. I didn't feed into his fury which only inflamed him more. He again, said "I'm getting tired of your complaining ***, don't you ever file another grievance again" I didn't reply. He headed in my direction, daring me to say anything. He yelled "Never ever again will you file Sh*t about this mail System or I'll make sure you never receive your mail! I'll come to your cell!" He paused. "What'd you say?"

Not getting the response, Wiseman yelled "Get the f*ck out!" so loud that he could be heard in Medical Services.

1 of 4

Continued Part II From page 4
Statement of Claim

The next day, or so, I asked my counselor for a form to file a Sensitive BP-9. I knew I could not file any other grievances against the very ones who would have to answer. That would be suicidal, and as Wiseman ordered, do **NOT** file again, or suffer grave consequences.

Counselor Koch gave me the form and the address where to send it. I mailed it off.

Next, I began to get a taunting amount of rejected "incoming" mail. Each piece was rejected by Banton, or Ansley, for reasons unjustified by law or regulation. Each unlawful rejection I kept the slip as exhibit evidence, and filed with the court, to show causation.

November 3rd 2020 I gave my counselor a handwritten manuscript that was prestamped, with a certified sticker for tracking capability. Later that day, the manuscript was returned "**Rejected**." There was a small note attached saying "Per Warden/SIS/." I was told I would <u>not</u> be allowed to mail out anymore manuscripts by my counselor, Koch. "**Warden** and **SIS Orders..**."

I'm an author of 8 novels, writing is

2 of 4

Continued Part II from page 4                    3

Statement of Claim

Freedom of Expression, And is being deprived. This is my First Amendment Right Under the Constitution. My Right to Express my ideas, stories, thoughts Are A protected Conduct. Under the Color of law, Sis Sweeny, Sis Manning, And Warden D.L. Young have violated those Rights. (First & Fourteenth Amendment)

Prior to filing the grievance (Sensitive BP-9) I'd mailed out multiple manuscripts. No prior notice was given, denying me an opportunity to challenge the unlawfulness of such deprivations.

ACTORS

1. Sis Sweeny & Sis Manning & D.L. Young denying me my Freedom of Expression by forbidding me from mailing out a manuscript for publishing. 11/3/2020 (First Amendment Fourteenth Amendment).

   A. Sis Sweeny & Sis Manning, "Withheld" "Destroyed," (3) manuscripts, And Admitted to it. SEE: Exhibits (First Amendment, Freedom of speech)

2. Wiseman violated my First Amendment Right to petition the government for

3 of 4

Continued IV

4

redress by threatening me with Retaliation if I did so. In doing this, he also made the Administrative grievance process unavailable to me. The fear factor outweighed filing a grievance, because under the color of law, his threats are REAL. And Able to be carried out, as they are now. See Exhibits

<u>Mail Room</u>

3. Brinton, Ansley, both have taunted me with a series of recently rejected "incoming" mail in clear retaliation for the sensitive grievance which was returned, and they saw it. (First Amendment) Mail—the "Withheld or Rejected" mail was simple letters, a manuscript, photographs. SEE: Exhibits (Fourteenth Amendment)

## V.    Relief

<u>State briefly and exactly what you want the Court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

A Preliminary Injunction to Allow Reynolds to Mail out his handwritten 209 page manuscript, An order instructing FCI Beckley's mailroom to cease And desist its unconstitutional deprivations under the color of law. A trial to determine the amount of damages due for the violations of his rights.

Signed this 24 day of November , 20 20.

Donald Reynolds 12695-021
P.O. BOX 350
BENVER, WV 25813

Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 11/24/20 .
    (Date)

Signature of Plaintiff

5

11/24/20

RE: FORMERLY
NO. 5:20-CV-00729

DEAR CLERK OF COURT,

PLEASE, if you will, SEND ME All of the document EVIDENCE I filed in the Above CASE. So that I may file the EVIDENCE in CASE: 5:20-CV-00753 in the future. I SENT the Court All of my ORIGINAL documents, And hAVE noNE for my PERSONAL RECORDS.

PLEASE USE the funds I'd SENT to COVER the Cost of Copying. HERE, WE ARE on A lockdown, MAKING Copies totally impossible. I'd SENT $5.00 my mother SENT $5.00. CERTAINLY I MAY NEED Copies in the future.

SINCERELY,

~Joel Reyes~

P.S. PLEASE AttAch All of my exhibits in CASE NO 5:20-CV-00729 to 5:20-CV-00753 So it will be "ONE intergrated document."



Donald Reynold
Federal Correctional a
P.O. Box 350
Beaver, WV 25813

Clerk United States
District Court
110 N. Heber St.   Room 119
Beckley, WV 25801

