UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DONALD REYNOLDS,

    Plaintiff,

v.                                                                                          CIVIL ACTION NO. 5:20-cv-00753

D.L. YOUNG and
SIS OFFICER MANNING and
SIS OFFICER SWEENY and
OFFICER WISEMAN and
OFFICER BANTON and
OFFICER ANSLEY

    Defendants.

**ORDER**

Pending are Defendants' Motion to Dismiss the Complaint or, in the alternative, for summary judgment, [Doc. 34], filed March 2, 2021, and Plaintiff's Motion for Summary Judgment, [Doc. 50], filed April 5, 2021.[1]

This action was previously referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Eifert filed her PF&R on September 30, 2021. [Doc. 97]. Magistrate Judge Eifert recommended that the Court **GRANT** in part and **DENY** in part Defendants' Motion and **DENY** Plaintiff's Motion.

The Court is required "to make a de novo determination of those portions of the report or specified findings or recommendations to which objection is made."

---

[1] Also pending is Mr. Reynold's Motion for Reconsideration, filed September 9, 2021. [Doc. 91]. Inasmuch as exhaustion is disputed and will proceed to discovery, that Motion is **DENIED** as moot.

28 U.S.C. § 636(b)(1). On October 13, 2021, Defendants filed objections to the PF&R. [Doc. 98]. The Court **OVERRULES** Defendants' objections as squarely foreclosed by binding precedent. *Earle v. Shreves*, 990 F.3d 774, 780 (4th Cir. 2021) (noting that federal inmates, even without a true *Bivens* cause of action, have "full access to remedial mechanisms established by the BOP, including suits in federal court for injunctive relief") (quoting *Corr. Servs. Corp. v. Malesko*, 534 U.S. 61, 74 (2001)); *Ross v. Meese*, 818 F.2d 1132, 1134–35 (4th Cir. 1987) (stating that, in a "*Bivens* type action," "the district court had jurisdiction to enter a declaratory judgment respecting whether constitutional rights were violated and, if so, to order appropriate injunctive relief").

On October 14, 2021, the Court received Mr. Reynolds's objections. [Doc. 100]. The adoption of the PF&R obviates the need to consider Mr. Reynolds's specific objections inasmuch as the two are aligned on the material points raised in the objections.

For the foregoing reasons, the Court **ADOPTS** the Magistrate Judge's PF&R [**Doc. 97**], **DENIES** in part and **GRANTS** in part Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment [**Doc. 34**], and **DENIES** Plaintiff's Motion for Summary Judgment [**Doc. 50**]. The matter is **RECOMMITTED** to the magistrate judge pursuant to the terms of the original referral order.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party herein.

ENTER: January 19, 2022

Frank W. Volk
United States District Judge